IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL TOTH                                                                                       PLAINTIFF

          v.                                   CIVIL NO. 13-3077

CAROLYN COLVIN, Acting Commissioner
Social Security Administration                                                         DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Michael Toth, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner").  ECF No. 1.  On January 5, 2015, Plaintiff filed a Motion to Dismiss.  ECF No. 14.  Plaintiff now concedes that substantial evidence supports the Commissioner's determination that he was not disabled prior to November 26, 2009.  Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 6th day of January 2015.

/s/ *Mark E. Ford*
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE